_____

No. 95-1647
_____

Donald Ray Lawrence,              *
                                  *
          Appellant,              *   Appeal from the United States
                                  *   District Court for the
    v.                            *   Northern District of Iowa.
                                  *
State of Iowa,                    *        [UNPUBLISHED]
                                  *
          Appellee.               *


_____

        Submitted:  December 15, 1995

          Filed:  March 5, 1996
_____

Before BOWMAN and LOKEN, Circuit Judges, and WOLLE,* District Judge.

_____

PER CURIAM.


     Donald Ray Lawrence appeals from the District Court[1] decision denying
his petition for a writ of habeas corpus under 28 U.S.C. § 2254 (1994).
We affirm.


     Lawrence was convicted of first degree murder in a bench trial and
he was sentenced to life in prison.  After exhausting his state remedies,
he filed a § 2254 petition in the District Court.  As

_____

     *The HONORABLE CHARLES R. WOLLE, Chief Judge, United
     States District Court for the Southern District of
     Iowa, sitting by designation.

     [1]The Honorable Michael J. Melloy, Chief Judge, United States
District Court for the Northern District of Iowa.

grounds for habeas relief, he claims that his trial counsel was ineffective; his waiver of a jury trial was not knowing, intelligent, and voluntary; and the recusal of the original trial judge at the prosecutor's request resulted in a violation of his constitutional rights to due process and a fair trial.

The District Court denied Lawrence's petition, holding that his claims either were procedurally defaulted or did not rise to the level of constitutional violations. We agree. As no error of law appears and an opinion from this Court would have no precedential value, we affirm on the basis of the District Court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.